**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00408-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID ST. GERMAIN,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On December 13, 2006, the probation officer submitted a petition for early termination of supervised release in this case.  On December 14, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 14, 2006, and the United States responded on December 19, 2006, with no objection to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 19th day of January, 2007.

        BY THE COURT:


        s/ Edward W. Nottingham
        Edward W. Nottingham
        United States District Judge